**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesse Ruben Rodriguez, | No. CV 06-2224-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph Arpaio, | |
| Defendant. | |

On January 16, 2007, the Magistrate Judge ordered Plaintiff to show cause why this case should not be dismissed. (Doc. #5). Plaintiff failed to respond and on February 15, 2007, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #7) recommending that this case be dismissed.

Neither party has filed objections to the R&R.[1] Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

---

[1] Defendant has not been served and has not appeared.

1  Accordingly,

2  **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #7)
3  is **ACCEPTED**; and

4  **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT**
5  **PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Federal Rule of Civil
6  Procedure 4(m); and the Clerk of the Court shall enter judgment accordingly.

7  DATED this 14th day of March, 2007.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge